UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CASSIDY<br><br>    Plaintiff,<br>    v.<br><br>TOWNSHIP OF SCOTCH PLAINS,<br>SCOTCH PLAINS POLICE DEPT.<br>THOMAS ATKINS, REGINA SCARINCI<br>DOUGLAS HANSEN, ET AL.<br><br>    Defendants. | Civil Action No. 04-2255 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

**THIS** matter having come before the Court on defendants' motions for summary judgment, the Court having considered the parties' submissions, and for the reasons stated in the opinion filed herewith,

**IT IS** on this 29th day of August, 2007**,**

**ORDERED** that defendants' motions for summary judgment (reflected on the docket as entries 30, 31 and 34) are **granted** as to the plaintiff's federal claims (Counts 9, 11, 12, 13, 14, 15); and it is further

**ORDERED** that the Court declines to exercise pendent jurisdiction over the plaintiff's state law claims; and it is further

**ORDERED** that the Clerk of the Court shall close the case.

/s/ Katharine S. Hayden  
KATHARINE S. HAYDEN  
United States District Judge